UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
ESTHER SALAS
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING
COURTHOUSE
50 WALNUT ST.
ROOM 5076
NEWARK, NJ 07101
973-297-4887

December 30, 2019

## LETTER ORDER

Re: *Perez v. Luxury Retreats Processing Inc., et al.*
<u>Civil Action No. 19-17490 (ES) (MAH)</u>

Dear counsel:

On September 26, 2019, plaintiff Desiree Perez ("Plaintiff") moved to remand this action to the Superior Court of New Jersey. (D.E. No. 11). Defendants Luxury Retreats Processing Inc. and Luxury Retreats International Inc. (together, "Defendants") oppose Plaintiff's motion (D.E. No. 15), and Plaintiff filed a reply in support of her motion (D.E. No. 16).

On December 5, 2019, the Honorable Michael A. Hammer, U.S.M.J., issued a Report and Recommendation, recommending that the Court deny Plaintiff's motion. (D.E. No. 19 ("R&R")). Magistrate Judge Hammer provided the parties fourteen days to file and serve objections to the R&R pursuant to 28 U.S.C. § 636 and Local Civil Rule 72.1(c)(2). The parties did not file any objections.

Having reviewed the parties' submissions and Magistrate Judge Hammer's R&R, and for the reasons stated therein,

IT IS on this 30th day of December 2019,

**ORDERED** that this Court ADOPTS Magistrate Judge Hammer's R&R in full; and it is further

**ORDERED** that the Clerk of Court shall TERMINATE docket entry numbers 11 and 19.

<u>*s/Esther Salas*</u>
**Esther Salas, U.S.D.J.**